UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PODS ENTERPRISES, INC.,

    Plaintiff,

vs.                                                    Case No. 8:12-cv-01479-T-27MAP

U-HAUL INTERNATIONAL, INC.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

Before the Court is U-Haul's Motion and Supporting Memorandum for an Order Declaring Certain Materials Not Confidential (Dkt. 191). Plaintiff is ordered to **SHOW CAUSE** in writing within **eleven (11) days** why the twenty-one documents listed by U-Haul in its motion which were designated as "Confidential" should not be filed in the public record for purposes of resolving motions directed to the merits and for trial. Failure to timely respond may result in Defendant's motion being granted without further notice.

**DONE AND ORDERED** this 12th day of May, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of record