UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PODS ENTERPRISES, INC.,

    Plaintiff,

vs.                                                        Case No. 8:12-cv-01479-T-27MAP

U-HAUL INTERNATIONAL, INC.,

    Defendant.
_____/

## ORDER

The parties have engaged in an unnecessary and routine practice of filing declarations of counsel, ostensibly to authenticate and/or establish the occurrence of events, including, for example, the disclosure of expert reports and hearings conducted by the Court. (*See* Dkts. 135-1, 149). The parties are requested to discontinue this practice. The use of a simple appendix is sufficient to identify exhibits attached to motions or responses.

**DONE AND ORDERED** this 24th day of June, 2014.

/s/ *James D. Whittemore*
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of Record

1