UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PODS ENTERPRISES, INC.,

    Plaintiff/Counterclaim-Defendant,

v.

U-HAUL INTERNATIONAL, INC.

    Defendant/Counterclaim-Plaintiff.

CASE NO.: 8:12-cv-01479-JDW-MAP

**PLAINTIFF'S MOTION IN LIMINE
TO EXCLUDE EVIDENCE OF PRIOR EXCLUSION OF EXPERTS**

Pursuant to Federal Rule of Evidence 401, 402 and 403, PODS moves to exclude at trial, evidence that any of its experts were excluded from testifying in prior litigation.

**MEMORANDUM OF LAW**

Evidence that the testimony or opinions of PODS' experts were ever excluded or otherwise limited in prior cases will "irretrievably effect the fairness of the trial." *Stewart v. Hooters of Am., Inc.,* No. 8:04-cv-40-T-17-MAP, 2007 WL 1752843, at *1 (M.D. Fla. June 18, 2007). Such information is wholly irrelevant, and, even if relevant, its prejudicial effect clearly outweighs its probative value.

I.    **BACKGROUND**

U-Haul filed *Daubert* motions to exclude PODS' experts Walter Bratic (Dkt. 153) and Russell Winer (Dkt. 152). In the respective motions, U-Haul claimed that one of the reasons both experts' should be excluded is because their testimony was excluded by other courts in unrelated cases. The Court denied U-Haul's motion to exclude Bratic (Dkt. 239) (the "Bratic Order"), and denied in-part and granted in-part U-Haul's motion with respect to Dr. Winer (Dkt.

245). In response to U-Haul's motions, PODS noted that multiple U-Haul experts had been excluded in prior cases but did not offer it as a reason for exclusion of U-Haul's experts in this case.

## II.     ARGUMENT

The exclusion of expert testimony, whether in whole or in part, in unrelated cases is collateral, irrelevant and prejudicial as the jury may conclude that an expert's testimony is unreliable based on exclusion in prior actions. *See Czarnecki v. Home Depot USA, Inc.*, Case No. 07-cv-4384, 2009 WL 1706582, at *3 (E.D. Pa. June 15, 2009) (holding that "another factfinder's acceptance or rejection of an expert's opinion in another case is not relevant to this case, and that such evidence is likely to confuse or mislead the jury").

In *Estate of Thompson v. Kawasaki Heavy Indus., Ltd.*, 933 F. Supp. 2d 1111, 1152 (N.D. Iowa 2013), the court granted a motion in limine, refusing to allow a party to present evidence of the exclusion of an expert in prior cases. The court held that allowing the presentation of *Daubert* rulings of previous courts would circumvent its role as the "gatekeeper" and result in an unnecessary "mini-trial" while the issues in the prior case were presented and compared to the present matter. The court further held that "nothing about this principle suggests that 'vigorous cross-examination' includes impeachment with a prior court's exclusion of the witness pursuant to the *Daubert* standards." *Id.* Similarly, U-Haul should not be allowed to present evidence of decisions by prior courts excluding the testimony of PODS' experts.

WHEREFORE, PODS requests that the Court enter an order excluding evidence that any of PODS' experts were excluded in prior cases.

**Certification of Compliance with Local Rule 3.01(g)**

The undersigned certifies that PODS' counsel has conferred with U-Haul's counsel regarding the relief sought in this motion, and was advised it objects to the Court granting the requested relief.

Respectfully submitted,

By: /s/ Jonathan B. Sbar
Jonathan B. Sbar, FBN 131016
Raul Valles, Jr., FBN 148105
ROCKE McLEAN & SBAR
2309 S. MacDill Avenue
Tampa, FL 33629
Phone: 813-769-5600
Fax: 813-769-5601
Email: jsbar@rmslegal.com
rvalles@rmslegal.com

and

Joseph Diamante
Charles E. Cantine
Jason M. Sobel
Vivian Luo
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982
Email: jdiamante@stroock.com
ccantine@stroock.com
jsobel@stroock.com
vluo@stroock.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing has been filed with the Clerk of Court via CM/ECF and is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF on this 10th day of July, 2014 to:

William P. Cassidy, Jr., Esq.
CASSIDY LAW GROUP, P.A.
P.O. Box 2937
Tampa, FL 33607
Telephone: (813) 352-1042
Facsimile: (813) 671-0758
Email: wcassidy@cassidylawgroup.com

William H. Brewster, Esq.
R. Charles Henn, Jr., Esq.
Jessica A. Pratt, Esq.
Kilpatrick Townsend & Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: bbrewster@kilpatricktownsend.com
       chenn@kilpatricktownsend.com
       japratt@kilpatricktownsend.com

Leo R. Beus
BEUS GILBERT PLLC
701 North 44th Street
Phoenix, AZ 85008
(Tel.) 480-429-3001
(Fax) 480-429-3111
Email: lbeus@beusgilbert.com

/s/ Jonathan B. Sbar
Jonathan B. Sbar