# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PODS ENTERPRISES, INC.,

 Plaintiff/Counterclaim-Defendant,

v.

U-HAUL INTERNATIONAL, INC.,

 Defendant/Counterclaim-Plaintiff.

CASE NO.: 8:12-cv-01479-JDW-MAP

## U-HAUL INTERNATIONAL, INC.'S WITNESS LIST

|     | Witness | Phonetic | Live/Video |
| --- | --- | --- | --- |
| 1.  | Daysha Donelson-Myers | "Day-zhuh" | Live |
| 2.  | Samuel J. Shoen | "Shone" | Live |
| 3.  | John C. Taylor |  | Live |
| 4.  | Aaron Schafer |  | Live |
| 5.  | Brad Leath |  | Live |
| 6.  | Randy Weissman | "Wiseman" | Live |
| 7.  | Henry Cox |  | Live |
| 8.  | Pete Mayer |  | Live |
| 9.  | Stan Trakhtenberg | "Track-ten-berg" | Live |
| 10. | Tom Miller |  | Live |
| 11. | David Powell |  | Live |
| 12. | Eric Reynolds |  | Live |
| 13. | Aaron Wolf |  | Live |
| 14. | Jake Nist |  | Live |

| | Witness | Phonetic | Live/Video |
|---|---|---|---|
| 15. | Barry Hauptman | "Howp-man" | Live |
| 16. | Michael Lohman | | Live |
| 17. | Edward J. ("Joe") Shoen | "Shone" | Live |
| 18. | Erich Joachimsthaler, Ph.D. | "Yah-kim-stall-er" | Live |
| 19. | Hal Poret | "Pore-et" | Live |
| 20. | Phillip Johnson | | Live |
| 21. | Deborah Sing | | Video |
| 22. | Stuart Sing | | Video |
| 23. | Susan Green | | Live |
| 24. | James Green | | Live |
| 25. | Ron Wyche | | Live |
| 26. | Terry O'Brien | | Live |
| 27. | Kelly Mack | | Live |
| 28. | Tammy Carr | | Live |
| 29. | Christine Pierce | | Video |
| 30. | Simon Gregorich | | Video |
| 31. | Christopher Hachey | | Video |
| 32. | Bill Merriman | | Video |
| 33. | Aaron Parker | | Video |
| 34. | E. Stockton Croft IV | | Video |
| 35. | Tom Prefling | "Preh-fling" | Live |
| 36. | Lt. General (Ret.) Robert Dail | | Live |

| | Witness | Phonetic | Live/Video |
|---|---|---|---|
| 37. | Robert Leonard, Ph.D. | | Live |
| 38. | Steve Winkelman | | Live |
| 39. | Wendy Wood, Ph.D. | | Live |
| 40. | Commissioner Lynne Beresford | "Bear-iss-ferd" | Live |
| 41. | Gerald L. Ford, Ph.D. | | Live |
| 42. | David Neal, Ph.D. | | Live |
| 43. | Matt Dexter | | Live |
| 44. | Jonathan Hochman | "Hock-man" | Live |
| 45. | Jason Berg | | Live |
| 46. | Scott Phillips, CPA | | Live |

PEI has not yet indicated which of U-Haul's genericness documents, if any, PEI intends to challenge on the basis of authenticity under Fed. R. Evid. 901. Therefore, U-Haul includes the attached **Exhibit A** listing additional witnesses it reserves the right to call solely to authenticate documents on U-Haul's trial exhibit list.

Dated: August 14, 2014
RESPECTFULLY SUBMITTED:

*/s/ R. Charles Henn Jr.*
William H. Brewster (*pro hac vice*)
R. Charles Henn Jr. (*pro hac vice*)
KILPATRICK TOWNSEND LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500
(404) 541-3240 (facsimile)
Email: bbrewster@kilpatricktownsend.com
chenn@kilpatricktownsend.com

William P. Cassidy, Jr.
Fla. Bar No. 332630
JOHNSON & CASSIDY, P.A.
324 South Hyde Park Avenue, Suite 325
Tampa, FL 33606
(813) 352-1042
(813) 671-0758
Email: wcassidy@jclaw.com

*Attorneys for U-Haul International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's CM/ECF system on counsel of record.

Dated: August 14, 2014            */s/ Jared S. Welsh*
                                                Jared S. Welsh

## Authentication-Only List

| | Witness | Phonetic |
|---|---|---|
| 1. | Bruce Brockhagen | |
| 2. | Joseph Carter | |
| 3. | Ricardo Cisneros-Gonzalez | |
| 4. | Margo Garcia | |
| 5. | Joel Hanson | |
| 6. | Paige Hanson | |
| 7. | Justin Haidet | "Hay-det" |
| 8. | Spencer Hesseltine | "Hess-el-teen" |
| 9. | Emily Holicky | "Hah-lick-ey" |
| 10. | Toni Jones | |
| 11. | Josh Litchfield | |
| 12. | Jessica Lopez | |
| 13. | Molly Lynch | |
| 14. | Lori McAdoo | |
| 15. | David McMeekin | |
| 16. | Tracy Morehouse | |
| 17. | Wesley Mota | "Mah-tah" |
| 18. | Cedric Owens | |
| 19. | Elnora Palms | |
| 20. | Stephanie Pearlman | |

|     | **Witness**       | **Phonetic**    |
|-----|-------------------|-----------------|
| 21. | Taylor Quenneville | "Kwen-a-ville" |
| 22. | Christian Rivera  |                 |
| 23. | Dorothy Settles   |                 |
| 24. | Rick Spencer      |                 |
| 25. | Tom Stallings     |                 |
| 26. | Joshua Taff       |                 |
| 27. | Artie Tonan       | "Toe-nan"       |
| 28. | Amanda Tracy      |                 |
| 29. | Kathryn Wade      |                 |
| 30. | Jacob Winkelman   |                 |