# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## JUDGMENT IN A CIVIL CASE

PODS ENTERPRISES, INC.,

    Plaintiff,

vs.                                    CASE NUMBER: 8:12-CV-1479-T-27MAP

U-HAUL INTERNATIONAL, INC.,

    Defendant.

☒ **Jury Verdict.** This action came before the court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered on behalf of PODS ENTERPRISES, INC. and against U-HAUL INTERNATIONAL, INC. in the amount of $60,700,000.00 for which sum let execution issue.

March 11, 2015                                    SHERYL L. LOESCH, CLERK

                                                                _/s/ Anne H. Ohle_
                                                               (By)  Deputy Clerk