UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PODS ENTERPRISES, LLC,

    Plaintiff,

vs.                                      Case No. 8:12-cv-01479-T-27MAP

U-HAUL INTERNATIONAL, INC.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is U-Haul's Motion on Consent to Approve Bond and Stay Execution of Judgment (Dkt. 431). Upon consideration, the motion is **GRANTED**. The Judgment (Dkt. 370, as amended by Dkts. 422 and 423) is **STAYED** pending resolution of appeals.

**DONE AND ORDERED** this 8th day of September, 2015.

                                                                                                                           */s/ James D. Whittemore*
                                                                                                                            JAMES D. WHITTEMORE
                                                                                                                            United States District Judge

Copies to:
Counsel of Record