## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 16, 2016

Sheryl L. Loesch
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 15-11543-EE ; 15-13977 -EE
Case Style: PODS Enterprises, LLC v. U-Haul International Inc.
District Court Docket No: 8:12-cv-01479-JDW-MAP

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Sandra Brasselmon, EE/lt
Phone #: (404) 335-6181

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 15-11543-EE ; 15-13977 -EE
_____

PODS ENTERPRISES, LLC,

                               Plaintiff - Counter
                               Defendant - Appellee,

versus

U-HAUL INTERNATIONAL, INC.,

                               Defendant - Counter
                               Claimant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to Appellant U-Haul International, Inc. and Appellee PODS Enterprises, LLC in 15-11543, 15-13977's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date [15-11543, 15-13977], effective November 16, 2016.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Sandra Brasselmon, EE, Deputy Clerk

                                                    FOR THE COURT - BY DIRECTION